UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN MARK BUCKMINSTER,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. INSPECTOR GENERAL,<br>DEPARTMENT APPEALS BOARD<br>APPELLATE DIVISION OF HEALTH<br>and HUMAN SERVICES,<br><br>    Defendant. | No. CV-11-155-JPH<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

BEFORE THE COURT is Magistrate Judge James P. Hutton's Report and Recommendation, ECF No. 32, to grant Defendant's motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Plaintiff filed an objection on December 6, 2011, to the Magistrate Judge considering the case. ECF No. 33. The objection is not well taken because a District Court Judge, and not a Magistrate Judge, is making the final determination in this case.

Having reviewed the Report and Recommendation and the files and records herein, the Court adopts the magistrate judge's report and recommendation in its entirety.

///
//
/

ORDER - 1

1  Accordingly, **IT IS HEREBY ORDERED:** The recommendation to grant
2  defendant's motion to dismiss the complaint with prejudice, **ECF No.**
3  **32**, is **ADOPTED in its entirety**.
4  **IT IS SO ORDERED**. The District Court Executive is directed to
5  enter this Order and forward copies to plaintiff, defense counsel,
6  and the Magistrate Judge, and **close** the file.
7  **DATED** this ___7th___ day of December, 2011.

 S/ Edward F. Shea
 EDWARD F. SHEA
 United States District Judge

28 Q:\Civil\2011\155.JPH.adopt.RR.lc2.wpd

ORDER - 2